# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARTIN E. NORRIS,**

      Plaintiff,

 v.                                                           Case No.:  2:15-cv-2116
                                                                       JUDGE GEORGE C. SMITH
                                                                       Magistrate Judge Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

## ORDER

      This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on December 21, 2015.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  This case is hereby dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

      The Clerk shall remove Document 13 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                          */s/ George C. Smith*
                                                          **GEORGE C. SMITH, JUDGE**
                                                          **UNITED STATES DISTRICT COURT**